IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-264 |
| JASON R. SVONAVEC | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING**

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney for said District, and files the following Motion to Continue Sentencing Hearing.

1. A Sentencing Hearing is currently scheduled for Wednesday, June 26, 2024, at 10:00 a.m. in Courtroom A, Johnstown Courthouse before this Honorable Court.

2. Counsel for the government will be traveling out of the country between May 20-June 23, 2024. Due to the proximity of the sentencing to his return date, counsel for the government will not have sufficient time to file a Sentencing Memorandum and to prepare for the Sentencing Hearing.

3. Wherefore, the government respectfully requests that the Sentencing Hearing be continued for thirty (30) days until the next available date and time at the Court's convenience.

Wherefore, for the aforesaid reasons, the United States respectfully requests a thirty (30) day continuance of the Sentencing Hearing currently scheduled for June 26, 2024.

                                                                     Respectfully submitted,

                                                                     ERIC G. OLSHAN
                                                                     United States Attorney

                                                                     */s/Gregory C. Melucci*
                                                                     GREGORY C. MELUCCI
                                                                     Assistant U.S. Attorney
                                                                     PA ID No. 56777